UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-08319-DDP (OP) | Date | April 9, 2013 |
|---|---|---|---|
| Title | Artay Scruggs v. Linda Persons, et al. | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS:  ORDER TO SHOW CAUSE

On January 22, 2013, Artay Scruggs ("Plaintiff") filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983, after having been granted leave to proceed *in forma pauperis*. (ECF Nos. 6, 7.) On February 7, 2013, the Court issued an Order Re: Civil Rights Case indicating that the Complaint was being screened pursuant to 28 U.S.C. §§ 1915A and/or 1915(e)(2). (ECF No. 11.)

On February 11, 2013, the Court issued a Memorandum and Order Dismissing the Complaint with Leave to Amend, allowing Plaintiff to file a First Amended Complaint ("FAC"), attempting to cure the defects in the Complaint. (ECF No. 12.) The Court admonished Plaintiff that his "[f]ailure to comply with these requirements may result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. Failure to remedy the deficiencies discussed may also result in a recommendation that the action be dismissed." (Id. at 11.) To date, Plaintiff has not filed the FAC, has not requested an extension of time to do so, and has not otherwise communicated with the Court.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is again admonished that his failure to file the FAC or failure to otherwise respond to the OSC by May 10, 2013, shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-08319-DDP (OP)** | Date | **April 9, 2013** |
|---|---|---|---|
| Title | **Artay Scruggs v. Linda Persons, et al.** | | |

cc: All Parties of Record

Initials of deputy clerk   jh-relief