JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAY SCRUGGS,<br><br>        Petitioner,<br><br>        v.<br><br>LINDA PERSONS, et al.,<br><br>        Respondent. | Case No. CV 12-8319-DDP (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 28, 2013

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge